UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
DUWAYNE L. TERRY,                                                  :
                                                                   :
                              Plaintiff,                           :
                                                                   :          20-CV-3847 (JMF)
              -v-                                                  :
                                                                   :              ORDER
TINA STAMFORD, *in her individual and official*                   :
*capacity*, et al.,                                               :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Plaintiff Duwayne L. Terry filed a letter dated September 24, 2020 requesting a thirty-day extension of the deadline to file an amended complaint naming the Jane and John Doe Defendants.  *See* ECF No. 19.  The Court GRANTS that extension request.  Specifically, Mr. Terry shall file his amended complaint **no later than 30 days from the date of this Order**.

     The Clerk of Court is directed to mail a copy of this order to Plaintiff.

     SO ORDERED.

Dated: September 30, 2020
     New York, New York
                                       JESSE M. FURMAN
                              United States District Judge