# LAW OFFICE OF AMY JANE AGNEW, P.C.

Hon. Jesse M. Furman
District Judge, United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

January 20, 2021

<u>VIA ECF</u>

Re:   *Terry v. Parole Board Chairman Tina Stamford, et al.*, 20-cv-3847 (JMF)(SN)

Dear Judge Furman:

This Firm serves as *pro bono* counsel for Plaintiff in the above-mentioned matter. (Dkt. Nos. 36, 39.) Plaintiff's counsel is in receipt of the court's text order (Dkt. No. 42) and confirms that there are no special circumstances in this instance warranting a so ordered subpoena. Plaintiff hereby respectfully withdraws his motion and apologizes to the Court for any inconvenience.

Very truly yours,

*/s/ Kara Somerstein*

Kara A. Somerstein, Esq.

In light of its withdrawal, Plaintiff's motion is DENIED as moot.  The Clerk of Court is directed to terminate ECF No. 41.  SO ORDERED.

January 20, 2021