UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DUWAYNE L. TERRY, :
:
Plaintiff, :
: 20-CV-3847 (JMF)
-v- :
: ORDER
TINA STAMFORD, *Parole Board Chairman, in her* :
*individual and official capacity*, et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On February 11, 2021, the Court directed Plaintiff to file any amended complaint no later than March 31, 2021. In light of that extension, Defendants shall file an answer or otherwise respond to the operative complaint **either three weeks after an amended complaint is filed or three weeks after the deadline passes with no amended complaint being filed.**

     SO ORDERED.

Dated: February 12, 2021
       New York, New York
                                            JESSE M. FURMAN
                                      United States District Judge