UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DUWAYNE L. TERRY, :
:
                           Plaintiff, :
: 20-CV-3847 (JMF)
     -v- :
: ORDER
:
TINA STAMFORD et al., :
:
                          Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed during the teleconference held yesterday, the Court construes Plaintiff's request to reinstate the First Amended Complaint, received by the Court October 19, 2020, ECF No. 21, as a motion for leave to amend. Plaintiff's motion is hereby GRANTED. Plaintiff's Second Amended Complaint, ECF No. 52, and the voluntary dismissals docketed at ECF Nos. 49, 50, 51, 53, and 54 are deemed to be null and void. Plaintiff's First Amended Complaint, ECF No. 21, is reinstated as the operative complaint.

       Defendants shall file any motion to dismiss or answer the complaint by **October 1, 2021**. Plaintiff shall file a single opposition to any motion(s) by **November 1, 2021**. Defendants shall file any reply by **November 15, 2021**.

       Plaintiff is reminded to update the Court should his address change again. Plaintiff is also reminded that, in light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings as PDFs by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Pro se parties who are unable to use email may still submit documents by regular mail to the Pro Se Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street. In either case, however, there may be significant delays before such filings are received and/or docketed. Defendants are reminded that all documents filed in this case must be promptly served on Plaintiff, and proof of service must be docketed.

       The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff.

       SO ORDERED.

Dated: August 27, 2021                        _____
      New York, New York                     JESSE M. FURMAN
                                          United States District Judge